Frank J. Haupel, Esq.
DelBello Donnellan Weingarten
Wise & Wiederkehr, LLP
Attorneys for Creditor
National Loan Investors, L.P.
One North Lexington Avenue
White Plains, New York 10601
Tel:    (914) 681-0200
Fax:    (914) 684-0288
E-Mail: fjh@ddw-law.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                                        Chapter 13

        KWESI JAMAL FRASER,                                 Case No.: 1-16-42924 (NHL)

            Debtor.
-----------------------------------------------------------------X

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE
### OF NOTICES, PLEADINGS AND OTHER FORMS

**PLEASE TAKE NOTICE**, that pursuant to the applicable provisions of the

Bankruptcy Code and Rules of Procedure, DelBello Donnellan Weingarten Wise & Wiederkehr,

LLP, hereby appear on behalf of National Loan Investors, L.P. ("NLI"), a creditor and party-in-

interest of the above referenced Debtor.

**PLEASE TAKE FURTHER NOTICE**, that request is hereby made pursuant to

Rules 2002, 9007 and 9010 of the Rules of Bankruptcy Procedure, and Section 102(1) and 342 of

the Bankruptcy Code, that all notices given or required to be given of any action(s) taken or any

motions filed by any other party-in-interest, including the Debtor, be given and served upon him

through his counsel at the address set forth below.

The foregoing request includes notices and papers referred to in the Rules of Bankruptcy Procedure specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, proposed sales, auction sales, settlements and compromises, hearings, answering or reply papers, memoranda or briefs in support of the foregoing, including notices required by Subdivision (a)(2), (3) and (7) of Bankruptcy Rule 2002 and any other documents brought before this Court with respect to these proceedings, whether formal or informal and whether transmitted or conveyed by electronic filing, mail, delivery, telephone or otherwise.

Dated:       White Plains, New York
           July 6, 2016

                       DELBELLO DONNELLAN WEINGARTEN
                       WISE & WIEDERKEHR, LLP

                       By:_ /s/ Frank J. Haupel_____1
                         Frank J. Haupel, Esq.
                       One North Lexington Avenue
                       White Plains, New York  10601
                       Tel:    (914) 681-0200
                       Fax:   (914) 684-0288
                       E-mail:  fjh@ddw-law.com

TO:
Trustee
Marianne DeRosa
Standing Chapter 13 Trustee
115 Eileen Way, Suite 105
Syosset, NY 11791
(516) 622-1340

1464435
50017060-001

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
(212) 510-0500


Debtor, Pro Se
Kwesi Jamal Fraser
1904 Glenwood Rd
Brooklyn, NY 11230

1464435
50017060-001